UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE JACKSON, | No. C 05-03006 MHP |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| UNITED STATES OF AMERICA et al, | |
| Defendant(s). | |

On July 25, 2005, plaintiff Lawrence Jackson filed this action against said defendants. On July 28, 2005, this court issued an ADR Scheduling Order, setting this matter for a Case Management Conference for November 28, 2005. Plaintiff failed to appear for this conference, and also failed to submit a case management statement for the conference.

Accordingly, plaintiff is ordered to show cause in writing within ten (10) days of this order why this action should not be dismissed for failure to prosecute this action and for failure to follow orders of this Court. Failure to do so may result in sanctions, which may include dismissal of this action.

Dated: February 14, 2006

MARILYN HALL PATEL
United States District Judge