UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE JACKSON,

        Plaintiff,

  v.

UNITED STATES OF AMERICA, et al,

        Defendants.

_____/

No. C 05-03006 MHP

**ORDER TO SHOW CAUSE**

    Plaintiff is hereby ORDERED to show cause why this action should not be dismissed for

(1)    Plaintiff's counsel's failure to appear at the Case Management Conference on December 11, 2006;

(2)    Plaintiff's counsel's failure to appear at the Case Management Conference on November 27, 2006, instead sending another counsel who was not trial counsel or prepared to address the case;

(3)    Plaintiff's failure to properly and timely serve the United States in compliance with Federal Rule of Civil Procedure 4.

    Plaintiff shall file a response within twenty (20) days of the date of this order. If plaintiff fails to file a response within twenty (20) days, this action will be dismissed.

    IT IS SO ORDERED.

Dated:    12/13/06

                                        _____
                                        MARILYN HALL PATEL
                                        United States District Judge
                                        Northern District of California

UNITED STATES DISTRICT COURT
For the Northern District of California